# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| CHRISTOPHER JAY JORDAN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-258(MTT) |
| JOHN CARY BITTICK, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle pursuant to his 28 U.S.C. § 1915A initial review. (Doc. 18). The Magistrate Judge recommends dismissing Defendants John Cary Bittick, Larry Evans, Monroe County Jail and Jailer Shannon. He also recommends allowing the Plaintiff's claim against Defendant Officer Stephens to proceed. The Plaintiff has not objected. The Court has reviewed the Recommendation and accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. Accordingly, Defendants John Cary Bittick, Larry Evans, Monroe County Jail and Jailer Shannon are dismissed from this action.

**SO ORDERED**, this the 16th day of March, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT