IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHRISTOPHER JAY JORDAN,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-258(MTT) |
| **Officer STEPHENS,** *et al.,* | ) |
| Defendants. | ) |

## ORDER

Before the Court is Magistrate Judge Charles H. Weigle's Recommendation to dismiss the Plaintiff's case with prejudice for failure to prosecute and to deny as moot all pending motions. (Doc. 38). The Magistrate Judge recommends dismissing the Plaintiff's case for failure to diligently prosecute because the Plaintiff has not kept the Clerk of Court or all opposing parties advised of his current mailing address at all times. The record shows that the Plaintiff has not kept the Clerk of Court advised of his current mailing address as mail has been returned to the Court as undeliverable on several occasions. (Docs. 34, 35 and 39). The Plaintiff has not objected to the Recommendation.

Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered the Recommendation. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, except with regard to the recommendation to dismiss *with prejudice*. Because there is no "clear record of willful contempt" nor is there "an implicit or explicit finding that lesser sanctions would not serve the best

interest of the judiciary," the Court will not dismiss the Plaintiff's case with prejudice. *Tweed v. Florida*, 151 Fed. App'x 856, 857 (11th Cir. 2005) (internal citation and quotations omitted).

Accordingly, the Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**, and all pending Motions are **DENIED AS MOOT** (Docs. 32, 27, and 26).

**SO ORDERED**, this 19th day of December, 2012.

>S/ Marc T. Treadwell
>MARC T. TREADWELL, JUDGE
>UNITED STATES DISTRICT COURT